UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joshua K. Atchison,<br><br>                    Plaintiff,<br><br>v.<br><br>Hiway Federal Credit Union,<br>Peterson, Fram & Bergman, P.A.,<br>and Daniel Duffek, an individual<br><br>                  Defendants. | Civil Case No.: 12-CV-2143-DWF/FLN |

## **PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims between Plaintiff Joshua Atchison and Defendant Hiway Federal Credit Union are hereby dismissed with prejudice and on the merits, and without costs or disbursements to either party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that either party hereto may, without notice to any other party, cause judgment of partial dismissal with prejudice on the merits to be entered herein.

This Partial Stipulation of Dismissal does not release or dismiss Plaintiff's claims against Defendants Peterson, Fram & Bergman, P.A., and Daniel Duffek.

Dated: July 24, 2013

/s/ Thomas J. Lyons, Jr.
Thomas J. Lyons, Jr., #0249646
CONSUMER JUSTICE CENTER
Attorney for Plaintiff
367 Commerce Court
Vadnais Heights, MN 55127
Phone: (651) 770-9707

Dated: July 24, 2013         /s/ Laura L. Myslis
                             Laura L. Myslis  #168932
                             GISLASON & HUNTER LLP
                             Attorneys for Defendant Royal Credit Union
                             701 Xenia Avenue South, Suite 500
                             Minneapolis, MN  55416
                             Phone:  (763) 225-6000

1391860.1