## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Joshua K. Atchison,<br><br>Plaintiffs,<br><br>v.<br><br>Hiway Federal Credit Union, Peterson, Fram & Bergman, P.A., and Daniel M. Duffek, an individual,<br><br>Defendants. | Civil File No. 12-cv-02143 (DWF/FLN)<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Joshua K. Atchison and Defendants Peterson, Fram & Bergman, P.A., and Daniel M. Duffek hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff against Defendants Peterson, Fram & Bergman, P.A., and Daniel M. Duffek, may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**CONSUMER JUSTICE CENTER P.A.**

Dated: 7/26/13           By    s/Thomas J. Lyons, Jr.
                                    Thomas J. Lyons, Jr. (ID No. 249646)
                                    367 Commerce Court
                                    Vadnais Heights, MN  55127
                                    Phone:  651-770-9707
                                    Fax:  651-704-0907
                                    tommycjc@aol.com
                                    *Attorneys for Plaintiff*

**BASSFORD REMELE**
*A Professional Association*

Dated: 7/25/13				By   s/Michael A. Klutho
					Michael A. Klutho (License #186302)
					Daniel R. Olson (License #389235)
				33 South Sixth Street, Suite 3800
				Minneapolis, Minnesota  55402-3707
				Telephone:  (612) 333-3000
				Facsimile:   (612) 333-8829
				mklutho@bassford.com
				dolson@bassford.com
				*Attorneys for Defendants Peterson, Fram & Bergman, P.A. and Daniel M. Duffek*