## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Joshua Atchison,

                                 Plaintiff,

v.

                                                              Case Number: **12-CV-2143 DWF/FLN**

Hiway Federal Credit Union, Peterson,
Fram & Bergman, P.A., and Daniel M.
Duffek, an individual,

                                 Defendants.

**PLACEHOLDER FOR**
*EXHIBIT 1*

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*EXHIBIT 1  - Confidential Settlement Agreement*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

__ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal pursuant to a court order* (Document number of protective order: 28)

__ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1 (Document number of redacted version: ___ )

\_\_\_ Other (description):

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).